FRITZ LORY, Respondent, *v.* THE TOWN OF HERKIMER, Appellant.

*Lory* v. *Town of Herkimer,* 97 App. Div. 642, affirmed.
(Argued October 17, 1905; decided October 27, 1905.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered October 19, 1904, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

*Ch. D. Thomas* for appellant.

*A. B. Steele* and *Arleigh D. Richardson* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, BARTLETT, HAIGHT, VANN and WERNER, JJ. Absent: O'BRIEN, J.